**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HAWAI'I DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its constituents,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CHRISTINA KISHIMOTO, in her official capacity as Superintendent of the State of Hawaii, Department of Education and PANKAJ BHANOT, in his official capacity as Director of the State of Hawaii, Department of Human Services,<br><br>　　　　Defendants - Appellees. | Nos. 20-17521, 22-16524<br><br>D.C. No. 1:18-cv-00465-LEK-WRP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

　　　The amicus brief submitted by National Health Law Program and National Disability Rights Network on March 27, 2023 is filed.

　　　Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7